**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACF RENEWABLE ENERGY LIMITED, | |
| *Petitioner*, | |
| v. | No. 24-cv-1715 (DLF) |
| REPUBLIC OF BULGARIA, | |
| *Respondent*. | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the respondent's Motion to Dismiss, and in the Alternative, for a Stay, Dkt. 10, is **DENIED** and the petitioner's Cross-Motion for Judgment on the Pleadings or Summary Judgment, Dkt. 11, is **GRANTED**. It is further

**ORDERED** that the parties shall meet, confer, and jointly file a proposed final judgment on or before October 23, 2025. That proposed judgment shall include all elements of the award, including a current calculation of pre- and post-judgment interest.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 22, 2025